RECORDED STATEMENT – CLAIM #LZ0391   - TRANSCRIBED: June 11, 2009

This is for Claim Number LZ0391.  This is Kim Whittaker from *ACUITY*, A Mutual Insurance Company, speaking with Jerry Grecco in a telephone conversation on ah June 10th of 2009, concerning an accident that had occurred on June 4th of 2009.  I'm calling from phone number 920.458.9131, my direct extension is 1260.

Q   May I have your name and would you spell your last name for me please?

A   Jerry Grecco, G R E C C O.

Q   What is your present address?

A   1029 Greenview (one word) Drive, Crown Point (two words), Indiana  46307.

Q   What phone number are you speaking from at this time?

A   My office, which is 219.513.2003 or 2, I can't remember which line I'm on.

Q   Oh ok.  Do you understand that I'm recording our conversation?

A   Yes I do.

Q   Do I have your permission to record this conversation?

A   Yes you do.

Q   Do you understand that this recording might be used in a court of law?

A   Yes I do.

Q   And ah Jerry, how old are you?

A   I'm 60, how old am I, –- I'm 62.

Q   ---

A   I was born in 1947, yeah.

Q   What is your date of birth?

A   1- ah 14-47.

Q   Ok.  Are you married?

A   Yes.

Q   What is your occupation?

A   I'm the ah Vice President of Sales for Allied Bank Card.



EXHIBIT
B
tabbies

2

Q   Ok.  Do you have an Indiana Driver's License?

A   I do.

Q   And it's valid?

A   Yes.

Q   What date this is accident occur on?

A   Ah this accident occurred on Thursday ah June the 4th.

Q   Of this year?

A   Yes of 2009.

Q   Where did this occur?

A   It ku-occurred on the 10.6 mile marker of I-80/94 eastbound on the entrance to I-65.

Q   Entrance to I-65 north, south, east or west?

A   Ah south.  --- I-65 south.

Q   Ok.  What time of day was it?

A   Pardon me?

Q   What time of day was it?

A   Ah I think it was in the afternoon; 4:34 somewhere, between 4:00 and 5:00 I believe.

Q   Ok.  And were you on I-80, I-94?

A   Yes I was on ah 80/94 eastbound at the 10.6 mile marker in a line waiting to get off the ah, that road onto I-65 southbound.

Q   So you were in the furthest right-hand lane?

A   Correct.

Q   How many vehicles involved were tah-total?

A   Ah let's see, one, two semis and a car, a truck.

Q   Uh ok.

3

A   Well, but including me?

Q   Including you.

A   Four.

Q   Ok. What is the speed limit in that area?

A   Ah 55 I believe.

Q   Ok. And can you tell me what happened?

A   I was stopped in traffic, waiting for the traffic in front of me to clear; ah all of a sudden ah I was sitting ah in the rear ah by the vehicles behind me.

Q   How many impacts did you feel?

A   Ah let's see, two.

Q   Ok. Were you pushed forward into any other vehicle?

A   No.

Q   And eh do you, did you look up and see what happened? In y-in your mirror?

A   Ah yes I saw, I looked in the mirror and I, and I knew that they weren't going to be able to stop, they being the trucks.

Q   Ok.

A   The car behind me was stopped.

Q   Ok. So both you and she were stopped at impact.

A   Absolutely.

Q   And the semi um did that hit the car behind you and then was hit by the last semi or do you happen to know who hit who first?

A   Th-k-eh-eh well the first ~~time~~ *Semi* I hit the car behind me into me.

Q   Ok.

A   And the next ~~time~~ *Semi* I hit that semi into that car and into me again.

Q   Ok. Ok so the semi, right behind the vehicle behind you hit that vehicle and then the last semi hit that semi?

4

A   Correct.

Q   Ok.

A   The semi behind the eh the, the --- lady hit that car, hit, then that, they both plowed into me and then the last semi plowed into that semi and they plowed into us again.

Q   Ok.  How was the weather that day?

A   Clear, sunny.

Q   Ok.  So the semi behind um the car, how fast do you think that was going at impact?

A   That's hard for me to tell.

Q   Ok.

A   It's real hard for me to tell.

Q   Can you give me your best guess?

A   No I really can't, cause ah you know it happened so fast ah I ah and I didn't look at, I mean I, I saw them coming, but I don't, it wasn't registering that it was, how fast he was going, I...

Q   Ok.

A   ...I just can't tell.

Q   What about the last semi?

A   I never saw him.

Q   Ok.  What rep-pah police department came out.

A   Indiana State Police.

Q   Any tickets issued?

A   Ah he told me that he gave ah uh ah the truck a ticket, I don't know who.

Q   Ok.  So he gave one of the trucks a ticket, but you don't know which one he gave the ticket to?

A   I, I he said I gave the trucks a ticket, that's what he said, I don't know, he gave them both a ticket or one or who, I don't know.

5

Q    Ok. Was there any passengers in the vehicle with you?

A    No.

Q    Was there any passengers in the vehicle behind you?

A    No.

Q    Was there any passengers in the semis?

A    I don't know, I don't know who was in the semis, I never talked to anybody. They never came up to ask if I was hurt or --- hurt or nothing.

Q    Eh yeah, ah the, the police department, the Trooper told them to stay at their trucks. They...

A    Right.

Q    ...wouldn't let them come up to talk to anyone.

A    Right.

Q    So um ok, and what kind of vehicle were you driving at the time?

A    A 2004 Trailblazer, Chevy Trailblazer.

Q    And you own the vehicle?

A    Yes I do.

Q    What was the damage to that vehicle?

A    The damage is in the back end, obviously. It's a --- eh the whole back side of the car, the bumper, the ah ah, the door of the tailgate ah is rubbing --- can hardly open it.

Q    Ok. Was it a p-was it a center hit or was it more one side than the other?

A    Ah it was directly in the center.

Q    Ok.

A    It's, it's back to back, bumper down into the --- I don't think I can get my spare tire up ah I'm supposed to get an estimate from, on Friday at 4:00 from my insurance company.

Q    Ok.

6

A    But if you want to get your adjuster to come and look he can look too.

Q    Ok. And what about the vehicle behind you um what were, what was that vehicle's damages?

A    I have no idea, she was hurt and I was trying to call the fire department and the, the ambulance and the police, I didn't even look at her car.

Q    Ok. Did you look at the semis?

A    No. --- I never --- I -- left the car. She was very upset and, and her, she was hurt and I was trying to...

Q    Yeah.

A    ...calm her down. So I ever went back to look at the semis or anything. The police told me not to ha ha.

Q    Yeah they tend to keep everybody separated.

A    Right.

Q    Ah were you hurt?

A    Ah no I was not.

Q    Ok. Were you wearing your seat belt?

A    Yes I was.

Q    Ok the lady that was behind you, do you know what, what she...

A    I have no idea what...

Q    ---

A    ...happened to her.

Q    Ok.

A    She, I know she was put in an ambulance and taken to the hospital.

Q    She didn't tell you what her injuries were or?

A    Absolutely not...

Q    ---

7

A    ...I didn't even ask her. I just tried to keep her calm so 'till they came.

Q    Ok. Any cuts or bleeding anywhere?

A    I deh I don't know.

Q    Ok. Anybody else hurt that you know of?

A    Not to my knowledge.

Q    Is there anything further that you would like to add to this conversation?

A    No.

Q    Do you understand that this conversation was recorded?

A    Yes I do.

Q    Did I have your permission to record this conversation?

A    Yes you did.

Q    Was the information you gave true and correct to the best of your knowledge?

A    The best of my knowledge?

Q    Well thank you Gerald, now if it's ok with you, I will turn off the recorder?

A    Ok.

Q    Ok.

dc